United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHELLE GYORKE-TAKATRI AND KATIE SILVER,** | Case No.  15-cv-03702-YGR |
| Plaintiffs, | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| v. | |
| **NESTLE USA, INC. AND GERBER PRODUCTS COMPANY,** | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED**, to the Honorable Lucy H. Koh for consideration of whether the case is related to *Natalia Bruton v. Gerber Products Company, et al.*, Case No. 12-cv-2412 LHK.

**IT IS SO ORDERED.**

Dated: August 31, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE