UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE GYORKE-TAKATRI and KATIE SILVER,<br><br>Plaintiffs,<br><br>v.<br><br>GERBER PRODUCTS COMPANY, et al.,<br><br>Defendants. | Case No. 15-CV-03702-YGR(LHK)<br><br>**ORDER DECLINING TO RELATE CASE** |

On August 31, 2015, U.S. District Judge Yvonne Gonzalez Rogers referred the above-entitled action to the undersigned judge to consider whether it is related to *Bruton v. Gerber Products Co. et al.*, Case No. 12-CV-02412-LHK.  *See* ECF No. 19.

As the judge assigned to *Bruton*, I find that the above-entitled action is not related and therefore decline to relate it.  The complaint in the above-entitled action alleges that Defendants violated 21 C.F.R. § 102.5, *see* ECF No. 1-2 ¶¶ 5, 62, a regulation that was not at issue in *Bruton*.  Moreover, the above-entitled action concerns only Gerber Graduate Puffs, *see id.* ¶¶1-4, a product that was not at issue in *Bruton* beyond the pleadings stage.  For these reasons, I decline to relate the above-entitled action to *Bruton*.

**IT IS SO ORDERED.**

Case No. 15-CV-03702-YGR(LHK)
ORDER DECLINING TO RELATE CASE

1

Dated: September 11, 2015

_____
LUCY H. KOH
United States District Judge